

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-14-00437-CR

---

KARLA KAREN MENDEZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the County Court at Law No 3
Dallas County, Texas
Trial Court No. MA 1340956-C, Honorable Douglas W. Skemp, Presiding

---

January 9, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Pending before this court is a motion to dismiss the appeal signed by both appellant, Karla Karen Mendez, and her attorney. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam

Do not publish.